UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>GAVIN NEWSOM, et al.,<br>Defendants. | Case No.: 1:26-cv-06049-KES-CDB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE AS DUPLICATIVE<br>Doc. 9 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed as duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"). Doc. 9. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one days of service. *Id.* at 5. Plaintiff filed timely objections. Doc. 10.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. In his objections, plaintiff sets forth a variety of legal conclusions and unrelated factual allegations, but

he does not address the magistrate judge's finding that the instant action is duplicative of *Cannavan I*, or that plaintiff may seek to raise claims against more than one individual named defendant in *Cannavan I* if he believes other individuals violated his rights as a result of the same incident. *See* Doc. 10.

Accordingly:

1. The findings and recommendations issued August 20, 2026, Doc. 9, are adopted in full.
2. This action is DISMISSED as duplicative.
3. Plaintiff's motion for appointment of counsel is DENIED as moot.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 6, 2026

UNITED STATES DISTRICT JUDGE